UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff-Respondent,**

      **v.**                                                          **CR 05-2366 JEC**

**JULIO GUERRERO-CASTRO,**

      **Defendant-Movant.**

### ORDER TO SEND PROPOSED FINDINGS AND RECOMMENDED DISPOSITION TO DEFENDANT/MOVANT

**THIS MATTER** is before the Court on Mr. Guerrero-Castro's September 26, 2011 filing [*Doc. 43*] alerting the Court that he did not receive a copy of the Court's ***Proposed Findings and Recommended Disposition*** *(Doc. 41)* (hereinafter "PF&RD"), which was filed August 22, 2011. It appears that the docket in this case was set up so that Mr. Guerrero-Castro was not automatically selected to receive filings in this case, and the PF&RD and other documents filed in this case after the judgment in the criminal case was entered have not been sent to Mr. Guerrero-Castro. Because of this, Mr. Guerrero-Castro did not have a chance to file objections to the PF&RD. The Court will, therefore, order the Clerk to send to Mr. Guerrero-Castro a copy of the PF&RD, and to review the documents that have been filed in this case after July 6, 2006, and send any of them to Mr. Guerrero-Castro that have not already been sent to him. The Court will also order the Clerk to correct the docket so Mr. Guerrero-Castro will receive future filings in this case automatically. Finally, the Court will allow Mr. Guerrero-Castro ***fourteen (14) days*** from the date he is served with the PF&RD to file any objections to the PF&RD, as explained in the PF&RD at page1, footnote 1.

**IT IS THEREFORE ORDERED** that the Clerk shall send a copy of the Court's *Proposed Findings and Recommended Disposition (Doc. 41)* to Mr. Guerrero-Castro at his address of record.

**IT IS FURTHER ORDERED** that the Clerk shall review the documents that have been filed in this case after July 6, 2006, and send any of them to Mr. Guerrero-Castro that have not already been sent to him at his address of record.

**IT IS FURTHER ORDERED** that the Clerk shall correct the docket in this case so Mr. Guerrero-Castro will automatically receive future filings in this case automatically.

**IT IS FURTHER ORDERED** that Mr. Guerrero-Castro shall have *fourteen (14) days* from the date he is served with the PF&RD to file any objections to the PF&RD, as explained in the PF&RD at page 1, footnote 1.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**